UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN EUNICE MARSHALL
SEWELL, JR.,

    Plaintiff,

v.

LINDA LOVELACE, et al.,

    Defendants.

Case No. 23-11623
Honorable Laurie J. Michelson

**ORDER REGARDING PLAINTIFF'S ADDRESS**

On July 2, 2024, the parties participated in this Court's Pro Se Prisoner Mediation Program. At the conference, it was discovered that Plaintiff has recently been transferred from the Bellamy Creek Correctional Facility to the Chippewa Correctional Facility[1].

When a prisoner-plaintiff is moved to another facility, this Court's local rules require that "[i]f there is a change in the contact information, that person promptly must file and serve a notice with the new contact information. The failure to file promptly current contact information may subject that person or party to appropriate sanctions, which may include dismissal, default judgment and costs." E.D. Mich. LR 11.2.

---

[1] This is confirmed by Michigan Department of Correction's website: https://mdocweb.state.mi.us/otis2/otis2profile.aspx?mdocNumber=732012

Given the information about Plaintiff's new contact information that was disclosed during the mediation, the Court will update the docket with the Plaintiff's current address. Plaintiff is reminded and advised that, going forward, it is his responsibility to timely notify the Court of any future changes in his contact information. Failure to follow the rules of the Court can adversely affect his case. Therefore, the Court ORDERS the Clerk's Office to update Plaintiff's address to Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784.

SO ORDERED.

Dated: July 3, 2024

                                               s/Laurie J. Michelson
                                               LAURIE J. MICHELSON
                                               UNITED STATES DISTRICT JUDGE